UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial, LLC

In Re:

Brett Guinee,

Debtor.

Case No.:    16-32782-CMG

Chapter:    13

Hearing Date:    10/18/2017

Judge:    Gravelle

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 324 Leeward Road, Manahawkin, NJ 08050

(Docket # 22)

Date: 10/17/2017

/s/ Denise Carlon
Signature

*rev.8/1/15*