Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−32782−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brett J. Guinee
   dba LBI House Painting, dba Guinee
   Construction Services
   324 Leeward Road
   Manahawkin, NJ 08050

Social Security No.:
   xxx−xx−3180

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 15, 2017.

On 2/16/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:            March 21, 2018
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 20, 2018
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-32782-CMG
Brett J. Guinee                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 20, 2018
                              Form ID: 185             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
```
db            +Brett J. Guinee,    324 Leeward Road,    Manahawkin, NJ 08050-5112
516559074     +CHRYSLER CAPITAL,    P.O. BOX 961278,    FORT WORTH, TX 76161-0278
516524105    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,    100 Tournament Drive,    Horsham, PA 19044)
516524103     +Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
516613960      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516773640     +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
516524108     +EverHome Mortgage Company,    PO Box 530579,    Atlanta, GA 30353-0579
516560742    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
               Detroit MI, 48255-0953)
516524109     +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
516524110     +Horizon Blue Cross Blue Shield,    PO Box 10193,    Newark, NJ 07101-3117
516524112      Internal Revenue Service,    Holtzville, NY
516524115     +MRS,   PO Box 8583,    Cherry Hill, NJ 08002-0583
516524113     +Manahawkin Family Dental,    1616 Route 72 West,    Manahawkin, NJ 08050-5131
516524116     +Norman & Associates,    6230 Shiloh Road,    Alpharetta, GA 30005-2219
516524117      Ocean County Civil Law Division,    100 Washington Street,    Toms River, NJ 08754
516524118     +Pluese Becker and Saltzman,    20000 Horizon Way,    Mount Laurel, NJ 08054-4318
516524122     +The Regional Directory,    1816 Long Beach Boulevard,    Beach Haven, NJ 08008-5461
516524123     +Trojan Professional,    4410 Cerritos Avenue,    Los Alamitos, CA 90720-2549
516524124     +Wells Fargo Dealer Services,    23 Pasteur,    Irvine, CA 92618-3816
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:42:44     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2018 23:42:42     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516524104     +E-mail/Text: bankruptcy@cavps.com Feb 20 2018 23:43:02     Cavalry,    500 Summit Lake Drive,
               Valhalla, NY 10595-2322
516531066     +E-mail/Text: bankruptcy@cavps.com Feb 20 2018 23:43:02     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516715711      E-mail/Text: bankruptcy.bnc@ditech.com Feb 20 2018 23:42:30
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
516524106     +E-mail/Text: bankruptcy.bnc@ditech.com Feb 20 2018 23:42:30     Ditech Financial, LLC,
               PO Box 6172,    Rapid City, SD 57709-6172
516524107     +E-mail/Text: bankruptcynotices@dcicollect.com Feb 20 2018 23:43:15     Diversified Consultants,
               10550 Deerwood Park Boulevard,    Jacksonville, FL 32256-2805
516524114     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2018 23:42:40     Midland Funding,
               8875 Aero Drive,    San Diego, CA 92123-2255
516955492      E-mail/Text: peritus@ebn.phinsolutions.com Feb 20 2018 23:43:33
               PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
516955493      E-mail/Text: peritus@ebn.phinsolutions.com Feb 20 2018 23:43:33
               PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419,
               PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
516524119      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2018 00:24:16
               Portfolio Recovery,    PO Box 12914,    Norfolk, VA 23541
516788189      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2018 00:24:16
               Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
516524120      E-mail/Text: appebnmailbox@sprint.com Feb 20 2018 23:42:39     Sprint,    PO Box 660750,
               Dallas, TX 75266
516524121     +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2018 23:45:46     Synchrony Bank/Care Credit,
               PO Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517339892*     Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
516566474*   ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 62180,
               Colorado Springs, CO 80962)
516524111    ##+HSBC,   PO Box 5253,    Carol Stream, IL 60197-5253
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Feb 20, 2018
                              Form ID: 185             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Brian S. Thomas    on behalf of Debtor Brett J. Guinee brian@brianthomaslaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 5
```