Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2017 to 02/17/2018  
**Chapter 13 Case No. 16-32782 / CMG**

Brett J. Guinee  
324 Leeward Road  
Manahawkin   NJ      08050

Petition Filed Date: 11/30/2016  
341 Hearing Date: 01/26/2017  
Confirmation Date: 03/01/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2017 | $400.00 | 36744260 | 02/03/2017 | $400.00 | 36838700 | 03/02/2017 | $400.00 | 37610420 |
| 04/03/2017 | $408.00 | 38428160 | 05/01/2017 | $408.00 | 39191810 | 06/01/2017 | $408.00 | 40052020 |
| 07/03/2017 | $408.00 | 40874380 | 08/01/2017 | $408.00 | 41686350 | 09/01/2017 | $408.00 | 42514200 |
| 10/03/2017 | $408.00 | 43308570 | 11/01/2017 | $408.00 | 44053670 | 12/04/2017 | $408.00 | 44814400 |
| 01/03/2018 | $408.00 | 45585930 | 01/31/2018 | $408.00 | 46325520 | | | |

**Total Receipts for the Period: $5,688.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,688.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Brett J. Guinee | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN S THOMAS ESQ<br>»» ATTY DISCL | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»» CARE CREDIT | Unsecured Creditors | $697.64 | $0.00 | $697.64 |
| 2 | PERITUS PORTFOLIO SERVICES II/WOLLEMI ACCEPTANCE<br>»» 2013 NISSAN NV/SANTANDER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2010 FORD F150/DEF BAL | Unsecured Creditors | $3,320.12 | $0.00 | $3,320.12 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,071.32 | $0.00 | $4,071.32 |
| 5 | CAVALRY SPV I, LLC<br>»» CHASE | Unsecured Creditors | $3,178.19 | $0.00 | $3,178.19 |
| 6 | DITECH FINANCIAL LLC<br>»» P/324 LEEWARD RD/1ST MTG | Mortgage Arrears | $22,414.05 | $2,392.08 | $20,021.97 |
| 7 | DIRECTV, LLC | Unsecured Creditors | $1,210.26 | $0.00 | $1,210.26 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $370.14 | $0.00 | $370.14 |
| 9 | DITECH FINANCIAL LLC<br>»» 324 LEEWARD ROAD/ORDER 12/7/17/AMD 2/2/18 | Mortgage Arrears | $8,445.70 | $0.00 | $8,445.70 |
| 10 | DITECH FINANCIAL LLC<br>»» 324 LEEWARD ROAD/ORDER 12/7/17 | Debt Secured by Vehicle | $531.00 | $381.48 | $149.52 |

**Chapter 13 Case No. 16-32782 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $5,688.00 | Plan Balance: | $31,191.00 ** |
| Paid to Claims: | $4,573.56 | Current Monthly Payment: | $408.00 |
| Paid to Trustee: | $351.48 | Arrearages: | $8.00 |
| Funds on Hand: | $762.96 | Total Plan Base: | $36,879.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**