Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−32782−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brett J. Guinee
   dba LBI House Painting, dba Guinee
   Construction Services
   324 Leeward Road
   Manahawkin, NJ 08050

Social Security No.:
   xxx−xx−3180

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/6/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 6, 2018
JAN: kmf

                                                Jeanne Naughton
                                                Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 16-32782-CMG
Brett J. Guinee                                                     Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Sep 06, 2018
                              Form ID: 148                 Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
db             +Brett J. Guinee,    324 Leeward Road,    Manahawkin, NJ 08050-5112
516524108      +EverHome Mortgage Company,    PO Box 530579,    Atlanta, GA 30353-0579
516524110      +Horizon Blue Cross Blue Shield,    PO Box 10193,    Newark, NJ 07101-3117
516524112       Internal Revenue Service,    Holtzville, NY
516524115      +MRS,   PO Box 8583,    Cherry Hill, NJ 08002-0583
516524113      +Manahawkin Family Dental,    1616 Route 72 West,    Manahawkin, NJ 08050-5131
516524116      +Norman & Associates,    6230 Shiloh Road,    Alpharetta, GA 30005-2219
516524117       Ocean County Civil Law Division,    100 Washington Street,    Toms River, NJ 08754
516524118      +Pluese Becker and Saltzman,    20000 Horizon Way,    Mount Laurel, NJ 08054-4318
516524122      +The Regional Directory,    1816 Long Beach Boulevard,    Beach Haven, NJ 08008-5461
516524123      +Trojan Professional,    4410 Cerritos Avenue,    Los Alamitos, CA 90720-2549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 23:11:56      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 23:11:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516559074      +EDI: CHRM.COM Sep 07 2018 02:39:00      CHRYSLER CAPITAL,    P.O. BOX 961278,
                 FORT WORTH, TX 76161-0278
516524105       EDI: CHRYSLER.COM Sep 07 2018 02:39:00      Chrysler Financial,    100 Tournament Drive,
                 Horsham, PA 19044
516524103      +EDI: CAPITALONE.COM Sep 07 2018 02:39:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516613960       EDI: CAPITALONE.COM Sep 07 2018 02:39:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
516524104      +E-mail/Text: bankruptcy@cavps.com Sep 06 2018 23:12:14      Cavalry,   500 Summit Lake Drive,
                 Valhalla, NY 10595-2322
516531066      +E-mail/Text: bankruptcy@cavps.com Sep 06 2018 23:12:14      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516773640      +EDI: AIS.COM Sep 07 2018 02:38:00      Directv, LLC,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516715711       E-mail/Text: bankruptcy.bnc@ditech.com Sep 06 2018 23:11:25
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516524106      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 06 2018 23:11:25      Ditech Financial, LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
516524107      +EDI: DCI.COM Sep 07 2018 02:40:00      Diversified Consultants,    10550 Deerwood Park Boulevard,
                 Jacksonville, FL 32256-2805
516560742       EDI: FORD.COM Sep 07 2018 02:38:00      Ford Motor Credit Company LLC,    Dept 55953,
                 P O Box 55000,    Detroit MI, 48255-0953
516566474       EDI: FORD.COM Sep 07 2018 02:38:00      Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO 80962
516524109      +EDI: FORD.COM Sep 07 2018 02:38:00      Ford Motor Credit,    PO Box 542000,
                 Omaha, NE 68154-8000
516524111      +EDI: HFC.COM Sep 07 2018 02:39:00      HSBC,   PO Box 5253,    Carol Stream, IL 60197-5253
516524114      +EDI: MID8.COM Sep 07 2018 02:39:00      Midland Funding,    8875 Aero Drive,
                 San Diego, CA 92123-2255
516955492       E-mail/Text: peritus@ebn.phinsolutions.com Sep 06 2018 23:12:46
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
516955493       E-mail/Text: peritus@ebn.phinsolutions.com Sep 06 2018 23:12:46
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419,
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
516524119       EDI: PRA.COM Sep 07 2018 02:38:00      Portfolio Recovery,    PO Box 12914,    Norfolk, VA 23541
516788189       EDI: PRA.COM Sep 07 2018 02:38:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,   Norfolk VA 23541
516524120       EDI: NEXTEL.COM Sep 07 2018 02:38:00      Sprint,   PO Box 660750,    Dallas, TX 75266
516524121      +EDI: RMSC.COM Sep 07 2018 02:39:00      Synchrony Bank/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
516524124      +EDI: WFFC.COM Sep 07 2018 02:39:00      Wells Fargo Dealer Services,    23 Pasteur,
                 Irvine, CA 92618-3816
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517339892*      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Sep 06, 2018
                              Form ID: 148             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Brian S. Thomas    on behalf of Debtor Brett J. Guinee brian@brianthomaslaw.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```